IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUTHE<br><br>Plaintiff<br><br>v.<br><br>MEDTECH IMAGING, INC.<br><br>Defendant | CIVIL ACTION<br><br>No. 3:15-cv-00656-JMM |

## STIPULATION TO DISMISS WITH PREJUDICE

**NOW COME** the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Putative class members' claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**                                    **DEFENDANT**

ROBERT W. MAUTHE, M.D, P.C.                      MEDTECH IMAGING, INC.

SHENKAN Injury Lawyers, LLC.

s/ Richard Shenkan                               s/ Jeffrey N. Rosenthal

By one of its attorneys                          By one of its attorneys

Richard Shenkan                                  Jeffrey N. Rosenthal
Shenkan Injury Lawyers, LLC                      Blank Rome LLP
P.O. Box 7255                                    One Logan Square
New Castle, PA 16107                             130 N. 18th Street
800.601.0808                                     Philadelphia, PA 19103
                                                 215.569.5553

                                                 APPROVED BY THE COURT:

DATE: 9/28/15                                    _____
                                                 MUNLEY, J.

145514.00601/101373312v.1